# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF FLORIDA

SUFFOLK CONSTRUCTION COMPANY,
INC., a Massachusetts corporation,

    Plaintiff,

v.

A3 DEVELOPMENT, LLC,
A3 AMENITIES, LLC,
A3 RESTAURANT, LLC
A3 NORTH DEVELOPMENT, LLC

    Defendants,
_____/

## COMPLAINT

Plaintiff, SUFFOLK CONSTRUCTION COMPANY, INC. ("Suffolk"), a Massachusetts corporation files this Complaint against Defendants, A3 DEVELOPMENT, LLC, A3 AMENITIES, LLC, A3 RESTAURANT, LLC, and A3 NORTH DEVELOPMENT, LLC, Delaware limited liability companies, (hereinafter referred to collectively as "A3 ENTITIES" and/or "OWNERS"), and states:

## JURISDICTION AND VENUE

1.    This is an action for damages in excess of $75,000.00, exclusive of interest, attorneys' fees, and costs.

2.    The Court has subject matter jurisdiction based on 28 U.S.C. §1332(a)(1), diversity of citizenship. The parties are citizens of different states and the amount in controversy exceeds the jurisdictional limits of this Court.

3.    Plaintiff, SUFFOLK is a Massachusetts corporation with its principal place of business located in Boston, Massachusetts. SUFFOLK is authorized to conduct business in the State of Florida.

4. Defendant, A3 DEVELOPMENT, LLC is a Delaware limited liability company that is authorized to conduct business in the State of Florida.

5. Defendant, A3 AMENITIES, LLC is a Delaware limited liability company that is authorized to conduct business in the State of Florida.

6. Defendant, A3 RESTAURANT, LLC is a Delaware limited liability company that is authorized to conduct business in the State of Florida.

7. Defendant, A3 NORTH DEVELOPMENT, LLC is a Delaware limited liability company that is authorized to conduct business in the State of Florida.

8. Venue is proper pursuant to 28 U.S.C. §1391(b)(1), as the property that is the subject of the action and the work performed pursuant to the Agreements between the parties is located in Miami, Miami-Dade County, Florida.

9. All conditions precedent to the filing of the instant action have occurred or have been performed, completed, excused or have otherwise been waived.

**GENERAL ALLEGATIONS**

10. This action involves a project commonly known as The Estates at Acqualina, a luxury high-rise condominium comprised of a South Tower, North Tower, Villa, Beach-Side Amenities, Guest Suites and Cabanas, and Restaurant, located at 17901 Collins Avenue, Sunny Isles Beach, Florida 33160 (hereinafter "Subject Project").

11. At all times material hereto, A3 DEVELOPMENT, LLC was the Owner of the South Tower; A3 AMENITIES, LLC was the Owner of the Villa, Beach-Side Amenities, Guest Suites and Cabanas; A3 RESTAURANT, LLC was the Owner of the Restaurant; and A3 NORTH DEVELOPMENT, LLC was the Owner of the North Tower.

2

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA  33324
MAIN LINE (954)474-8080    MIAMI-DADE COUNTY (305)949-8003    FAX (954)474-7343

12. On or about July 17, 2020, SUFFOLK and A3 DEVELOPMENT, LLC, A3 AMENITIES, LLC, and A3 RESTAURANT, LLC entered into a written agreement known as a *Standard (Modified) Form of Agreement Between Owner and Contractor Where the Basis of Payment is the Cost of the Work Plus a Fee with a Guaranteed Maximum Price*, in which SUFFOLK agreed to serve as the general contractor for the construction of the South Tower, Villa, Beach-Side Amenities, Guest Suites and Cabanas, and Restaurant ("South Tower Agreement"). A true and correct copy of the South Tower Agreement is attached hereto as Exhibit "A," except for the plans, specifications, addenda, change orders, etc., which are part of the South Tower Agreement and incorporated by reference therein, but which are not attached to the Complaint and/or included in Exhibit "A" to this Complaint since they are voluminous.

13. Furthermore, on or about July 17, 2020, SUFFOLK and A3 NORTH DEVELOPMENT, LLC and A3 AMENITIES, LLC entered into a written agreement known as a *Standard (Modified) Form of Agreement Between Owner and Contractor Where the Basis of Payment is the Cost of the Work Plus a Fee with a Guaranteed Maximum Price*, in which SUFFOLK agreed to serve as the general contractor for the construction of the North Tower ("North Tower Agreement"). A true and correct copy of the North Tower Agreement is attached hereto as Exhibit "B," except for the plans, specifications, addenda, change orders, etc., which are part of the North Tower Agreement and incorporated by reference therein, but which are not attached to the Complaint and/or included in Exhibit "B" to this Complaint since they are voluminous.

14. OWNERS have failed to make payment to SUFFOLK for amounts due under the aforementioned Agreements, which constitutes a material breach of the Agreements.

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA  33324
MAIN LINE (954)474-8080    MIAMI-DADE COUNTY (305)949-8003    FAX (954)474-7343

## COUNT I – BREACH OF CONTRACT
### (South Tower)

15. SUFFOLK realleges and incorporates the allegations contained in paragraphs 1 through 12, and 14 above as if fully set forth herein.

16. As more fully set forth in paragraph 12 above, on or about July 17, 2020, SUFFOLK and A3 DEVELOPMENT, LLC, A3 AMENITIES, LLC, and A3 RESTAURANT, LLC entered into a written Agreement in which SUFFOLK agreed to be the general contractor for the South Tower, Villa, Beach-Side Amenities, Guest Suites and Cabanas, and Restaurant.

17. A3 DEVELOPMENT, LLC, A3 AMENITIES, LLC, and A3 RESTAURANT, LLC materially breached the South Tower Agreement by its actions and inactions, including, without limitation, by failing to make payments to SUFFOLK for amounts due under the South Tower Agreement.

18. A3 DEVELOPMENT, LLC, A3 AMENITIES, LLC, and A3 RESTAURANT, LLC further materially breached the South Tower Agreement by interfering with SUFFOLK'S performance of the contract work, which interference impacted and delayed SUFFOLK'S performance causing SUFFOLK to incur additional costs, the reimbursement for which is the responsibility of A3 DEVELOPMENT, LLC, A3 AMENITIES, LLC, and A3 RESTAURANT, LLC.

19. As a direct and proximate cause of A3 DEVELOPMENT, LLC'S, A3 AMENITIES, LLC'S, and A3 RESTAURANT, LLC'S material breaches of the South Tower Agreement, SUFFOLK has been damaged.

20. SUFFOLK has retained undersigned counsel to prosecute this action and has become obligated to pay undersigned counsel reasonable attorneys' fees. SUFFOLK is entitled to

4

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA  33324
MAIN LINE (954)474-8080   MIAMI-DADE COUNTY (305)949-8003   FAX (954)474-7343

an award of reasonable attorneys' fees and costs against A3 DEVELOPMENT, LLC, A3 AMENITIES, LLC, and A3 RESTAURANT, LLC pursuant to Article 15.12 (A201) of the South Tower Agreement.

WHEREFORE, Plaintiff, SUFFOLK CONSTRUCTION COMPANY, INC., demands judgment against Defendants, A3 DEVELOPMENT, LLC, A3 AMENITIES, LLC, and A3 RESTAURANT, LLC, for all damages, including but not limited to, interest, attorneys' fees and costs, and for such other relief as this Honorable Court deems just and proper.

## COUNT II – BREACH OF CONTRACT
### (North Tower)

21. SUFFOLK realleges and incorporates the allegations contained in paragraphs 1 through 11, 13-14 above as if fully set forth herein.

22. As more fully set forth in paragraph 13 above, on or about July 17, 2020, SUFFOLK and A3 NORTH DEVELOPMENT, LLC and A3 AMENITIES, LLC entered into a written Agreement in which SUFFOLK agreed to be the general contractor for the North Tower.

23. A3 NORTH DEVELOPMENT, LLC and A3 AMENITIES, LLC materially breached the North Tower Agreement by its actions and inactions, including, without limitation, by failing to make payments to SUFFOLK for amounts due under the North Tower Agreement.

24. A3 NORTH DEVELOPMENT, LLC and A3 AMENITIES, LLC further materially breached the North Tower Agreement by interfering with SUFFOLK'S performance of the contract work, which interference impacted and delayed SUFFOLK'S performance causing SUFFOLK to incur additional costs the reimbursement for which is the responsibility of A3 NORTH DEVELOPMENT, LLC and A3 AMENITIES, LLC.

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA  33324
MAIN LINE (954)474-8080   MIAMI-DADE COUNTY (305)949-8003   FAX (954)474-7343

25. As a direct and proximate cause of A3 NORTH DEVELOPMENT, LLC'S and A3 AMENITIES, LLC'S material breaches of the North Tower Agreement, SUFFOLK has been damaged.

26. SUFFOLK has retained undersigned counsel to prosecute this action and has become obligated to pay undersigned counsel reasonable attorneys' fees. SUFFOLK is entitled to an award of reasonable attorneys' fees and costs against A3 NORTH DEVELOPMENT, LLC and A3 AMENITIES, LLC pursuant to Article 15.12 (A201) of the North Tower Agreement.

WHEREFORE, Plaintiff, SUFFOLK CONSTRUCTION COMPANY, INC., demands judgment against Defendants, A3 NORTH DEVELOPMENT, LLC and A3 AMENITIES, LLC, for all damages, including but not limited to, interest, attorneys' fees and costs, and for such other relief as this Honorable Court deems just and proper.

## COUNT III – BREACH OF GOOD-FAITH AND FAIR-DEALING
### (South Tower)

27. SUFFOLK realleges and incorporates the allegations contained in paragraphs 1 through 12, and 14 above as if fully set forth herein.

28. SUFFOLK and OWNERS entered into the South Tower Agreement, which is a valid, binding, and enforceable Contract.

29. Inherent in the South Tower Agreement between SUFFOLK and OWNERS, as in every contract, is an implied duty of good-faith and fair dealing.

30. OWNERS breached the implied duty of good-faith and fair dealing in the Contracts by:

a. Issuing Construction Change Directives ("CCDs") to SUFFOLK directing SUFFOLK to perform extra and changed work on a cost plus fee basis as provided for in the Contracts, upon receipt of which SUFFOLK performed the extra and changed work, after which OWNERS failed

6

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA  33324
MAIN LINE (954)474-8080   MIAMI-DADE COUNTY (305)949-8003   FAX (954)474-7343

and refused to negotiate in good faith the amount to be paid to SUFFOLK in order to reduce such extra and changed work and basis for payment therefore to a Change Order pursuant to the terms of the Contract; the OWNERS' failure to issue Change Orders for the CCD work that would also address and include excusable and compensable time extensions for the extra and changed work that resulted in a delay in the completion of the work, caused SUFFOLK to constructively accelerate its work through the performance of extraordinary measures to mitigate the impact of the delay in order to avoid the imposition of liquidated damages, all at significant additional cost and expense to SUFFOLK.

b. Submitting Builders Risk claims to the Builders Risk insurance carrier for the Project that include costs incurred by SUFFOLK to repair and remediate the damage to the Work that is the subject of the Builders Risk claims, negotiating a resolution / settlement of the Builders Risk claims with the Builders Risk insurance carrier, receiving payment of the settlement amounts that includes the amounts to be paid to SUFFOLK, and improperly withholding payment of those insurance proceeds thereby depriving SUFFOLK of the payments to which it is entitled;

c. Subjecting the completed work performed by Suffolk and its subcontractors to over-inspection and over-scrutinization and requiring work to be performed to a level of quality that exceeds the quality standards included in the plans and specifications and other Contract Documents that are part of the South Tower Agreement between SUFFOLK and OWNERS.

31. OWNERS' breaches deprived SUFFOLK of the benefits of the South Tower Agreement.

32. SUFFOLK has suffered harm and damages as a result of OWNERS' breaches of the duty of good-faith and fair dealing.

7

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA 33324
MAIN LINE (954)474-8080   MIAMI-DADE COUNTY (305)949-8003   FAX (954)474-7343

33. SUFFOLK was required to hire the undersigned counsel to seek relief for OWNERS' breaches of the duty of good-faith and fair dealing inherent in the Contracts, and has agreed to pay the undersigned a reasonable fee for its serves. SUFFOLK is entitled, pursuant to Article 15.12 (A201) of the South Tower Agreement to recover from OWNERS the attorneys' fees and costs SUFFOLK incurs as a result of OWNERS' breaches of the duty of good faith and fair dealing.

**WHEREFORE**, SUFFOLK demands judgment against OWNERS for a) damages, including interest, costs, expenses, or, b) alternatively to be relieved of further performance under the South Tower Agreement given OWNERS' breaches, and awarded costs and expenses, and c) such other and further relief as this Court deems just, equitable, and proper.

## COUNT VI – BREACH OF GOOD-FAITH AND FAIR-DEALING
### (North Tower)

34. SUFFOLK realleges and incorporates the allegations contained in paragraphs 1 through 11, 13 and14 above as if fully set forth herein

35. SUFFOLK and OWNERS entered into the North Tower Agreement, which is valid, binding, and enforceable Contract.

36. Inherent in the North Tower Agreement between SUFFOLK and OWNERS, as in every contract, is an implied duty of good-faith and fair dealing.

37. OWNERS breached the implied duty of good-faith and fair dealing in the North Tower Agreement by:

a. Issuing Construction Change Directives ("CCDs") to SUFFOLK directing SUFFOLK to perform extra and changed work on a cost plus fee basis as provided for in the Contracts, upon receipt of which SUFFOLK performed the extra and changed work, after which OWNERS failed and refused to negotiate in good faith the amount to be paid to SUFFOLK in order to reduce such

8

Ferencik Libanoff Brandt Bustamante and Goldstein, P.A.
7901 SW 6ᵀᴴ Court, Suite 300, Plantation, Florida  33324
Main Line (954)474-8080   Miami-Dade County (305)949-8003   Fax (954)474-7343

extra and changed work and basis for payment therefore to a Change Order pursuant to the terms of the Contract; the OWNERS' failure to issue Change Orders for the CCD work that would also address and include excusable and compensable time extensions for the extra and changed work that resulted in a delay in the completion of the work, caused SUFFOLK to constructively accelerate its work through the performance of extraordinary measures to mitigate the impact of the delay in order to avoid the imposition of liquidated damages, all at significant additional cost and expense to SUFFOLK.

b. Submitting Builders Risk claims to the Builders Risk insurance carrier for the Project that include costs incurred by SUFFOLK to repair and remediate the damage to the Work that is the subject of the Builders Risk claims, negotiating a resolution / settlement of the Builders Risk claims with the Builders Risk insurance carrier, receiving payment of the settlement amounts that includes the amounts to be paid to SUFFOLK, and improperly withholding payment of those insurance proceeds thereby depriving SUFFOLK of the payments to which it is entitled;

c. Subjecting the completed work performed by Suffolk and its subcontractors to over-inspection and over-scrutinization and requiring work to be performed to a level of quality that exceeds the quality standards included in the plans and specifications and other Contract Documents that are part of the North Tower Agreement between SUFFOLK and OWNERS.

38. OWNERS' breaches deprived SUFFOLK of the benefits of the North Tower Agreement.

39. SUFFOLK has suffered harm and damages as a result of OWNERS' breaches of the duty of good-faith and fair dealing.

40. SUFFOLK was required to hire the undersigned counsel to seek relief for OWNERS' breaches of the duty of good-faith and fair dealing inherent in the North Tower

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA 33324
MAIN LINE (954)474-8080   MIAMI-DADE COUNTY (305)949-8003   FAX (954)474-7343

Agreement and has agreed to pay the undersigned a reasonable fee for its serves. SUFFOLK is entitled, pursuant to Article 15.12 (A201) of the North Tower Agreement to recover from OWNERS the attorneys' fees and costs SUFFOLK incurs as a result of OWNERS' breaches of the duty of good faith and fair dealing.

**WHEREFORE**, SUFFOLK demands judgment against OWNERS for a) damages, including interest, costs, expenses, or, b) alternatively to be relieved of further performance under the North Tower Agreement given OWNERS' breaches, and awarded costs and expenses, and c) such other and further relief as this Court deems just, equitable, and proper.

### COUNT V – UNJUST ENRICHMENT
### (Pled in the Alternative)

41. SUFFOLK realleges and incorporates the allegations contained in paragraphs 1 through 11 and 14 above as if fully set forth herein.

42. At all times material hereto, SUFFOLK furnished labor, services and/or materials on the Subject Project.

43. As a result of providing this labor, services and/or materials on the Subject Project, SUFFOLK conferred a benefit on OWNERS.

44. OWNERS specifically requested the benefit provided by SUFFOLK on the Subject Project and/or had knowledge of the benefit conferred by SUFFOLK.

45. OWNERS voluntarily accepted and retained the benefit conferred by SUFFOLK.

46. OWNERS have not paid and/or given consideration to SUFFOLK or any other person or entity for the improvements furnished by SUFFOLK on the Subject Project.

47. The circumstances are such that it would be inequitable for OWNERS to retain the benefit conferred upon it by SUFFOLK without paying the value thereof to SUFFOLK.

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA  33324
MAIN LINE (954)474-8080   MIAMI-DADE COUNTY (305)949-8003   FAX (954)474-7343

WHEREFORE, Plaintiff, SUFFOLK CONSTRUCTION COMPANY, INC., demands judgment against Defendants, A3 DEVELOPMENT, LLC, A3 AMENITIES, LLC, A3 RESTAURANT, LLC, and A3 NORTH DEVELOPMENT, LLC, for all damages, including but not limited to, interest and costs, and for such other relief as this Honorable Court deems just, equitable and proper.

## COUNT VI – QUANTUM MERUIT
### (Pled in the Alternative)

48. SUFFOLK realleges and incorporates the allegations contained in paragraphs 1 through 11 and 14 above as if fully set forth herein.

49. At the express request of OWNERS and/or with their knowledge and consent, SUFFOLK furnished labor, services and/or materials for improvement to the Subject Project. The circumstances are such that OWNERS and SUFFOLK understood and intended that compensation was to be paid to SUFFOLK for furnishing labor, services and/or materials for improvement to the Subject Project.

50. OWNERS impliedly promised to pay a reasonable sum for the labor, services and/or materials furnished by SUFFOLK as needed for the improvement to the Subject Project.

51. SUFFOLK has suffered damages because it has not been paid the reasonable value of the labor, services and/or materials it furnished on the Subject Project.

WHEREFORE, Plaintiff, SUFFOLK CONSTRUCTION COMPANY, INC., demands judgment against Defendants, A3 DEVELOPMENT, LLC, A3 AMENITIES, LLC, A3 RESTAURANT, LLC, and A3 NORTH DEVELOPMENT, LLC, for all damages, including but not limited to, interest and costs, and for such other relief as this Honorable Court deems just, equitable and proper.

Ferencik Libanoff Brandt Bustamante and Goldstein, P.A.
7901 SW 6th Court, Suite 300, Plantation, Florida 33324
Main Line (954)474-8080   Miami-Dade County (305)949-8003   Fax (954)474-7343

Dated this 9th day of March, 2022.

        FERENCIK LIBANOFF BRANDT
        BUSTAMANTE & GOLDSTEIN, P.A.
        *Co-Counsel for Suffolk Construction Company, Inc.*
        7901 SW 6th Court, Suite 300
        Plantation, Florida 33324
        Tel (954) 474-8080 / Fax (954) 474-7343

By:   *Ira Libanoff*_____
        IRA LIBANOFF, ESQUIRE
        Florida Bar No.: 378429
        JORDANA L. GOLDSTEIN, ESQUIRE
        Florida Bar No.: 21891
        ilibanoff@flblawyers.com
        jgoldstein@flblawyers.com
        mmason@flblawyers.com
        jfrometa@flblawyers.com

        SUFFOLK CONSTRUCTION COMPANY, INC.
        *Co-Counsel for Suffolk Construction Company, Inc.*
        426 Clematis Street
        West Palm Beach, Florida 33401

By:   */s/ Juan Diaz*_____
        JUAN DIAZ, ESQUIRE
        Florida Bar No.: 75345
        jdiaz@suffolk.com
        eservice@suffolk.com

12

FERENCIK LIBANOFF BRANDT BUSTAMANTE AND GOLDSTEIN, P.A.
7901 SW 6TH COURT, SUITE 300, PLANTATION, FLORIDA  33324
MAIN LINE (954)474-8080   MIAMI-DADE COUNTY (305)949-8003   FAX (954)474-7343